**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANE SAFFI, | CASE NO. CV-F-07-0271 LJO DLB P |
| Plaintiff, | ORDER MOTION FOR PRODUCTION OF DOCUMENTS |
| vs. | [Doc. 9] |
| S. KNIGHT, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On April 25, 2007, plaintiff filed a request for production of documents from defendants.

The discovery phase of this litigation is not yet open. Plaintiff is directed to paragraph eight of the court's First Informational Order, filed April 10, 2007. In that order, plaintiff was specifically informed that he may not conduct discovery until defendants file an answer and the court issues the discovery order. Accordingly, defendants are under no obligation to respond to plaintiff's discovery requests at this juncture.

In addition, once discovery is open, court permission is not necessary for discovery requests. Discovery is self-executing until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Interrogatories, requests for

admissions, requests for production of documents, and responses thereto shall not be filed with the court until there is a proceeding in which the document or proof of service is at issue. Such documents are to be served on the opposing party, and not with the court. Local Rule 33-250, 36-250.

Accordingly, for the foregoing reasons, plaintiff's motion for production of documents is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **April 30, 2007**          /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE