UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. SAFFI,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KNIGHT, et. al.,<br><br>　　　　　　　Defendant. | CV F- 07-0271 LJO DLB P<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint filed on February 20, 2007.  The complaint appears to a cognizable claims for relief for excessive force in violation of the Eighth Amendment against defendants Knight, Carlos, Williams, Garza, Miranda, Dunn, Clark.  Accordingly, IT IS HEREBY ORDERED that:

　　1.　　Service is appropriate for defendants Knight, Carlos, Williams, Garza, Miranda, Dunn, Clark.

　　2.　　The Clerk of the Court shall send Plaintiff seven (7) USM-285 forms, seven (7) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed February 20, 2007.

　　3.　　Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the

1  attached Notice of Submission of Documents and submit the completed Notice to the
2  Court with the following documents:
3      a.    Completed summons;
4      b.    One completed USM-285 form for each defendant listed above; and
5      c.    Eight (8) copies of the endorsed complaint filed February 20, 2007.
6  4.    Plaintiff need not attempt service on Defendants and need not request waiver of
7  service.  Upon receipt of the above-described documents, the court will direct the
8  United States Marshal to serve the above-named Defendants pursuant to Federal Rule
9  of Civil Procedure 4 without payment of costs.
10 5.    <u>The failure to comply with this Order will result in a Recommendation that this action</u>
11 <u>be dismissed.</u>
12 IT IS SO ORDERED.
13 **Dated:**   **October 19, 2007**          **/s/ Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE