# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE SAFFI, | CASE NO. 1:07-cv-00271-LJO DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING MOTION TO DISMISS DEFENDANTS CARLOS, MIRANDA, DUNN AND CLARK FROM THIS ACTION |
| v. | |
| SIDNEY KNIGHT, et al., | |
| Defendants. | (Doc.29) |
| _____/ | |

Plaintiff Shane Saffi, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 8, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations, filed September 8, 2008, is adopted in full; and

2.    Defendants' motion to dismiss, filed March 3, 2008 is GRANTED, and defendants Carlos, Miranda, Dunn and Clark are dismissed from this action.IT IS SO ORDERED.

Dated:    October 25, 2008          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1