IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SHANE SAFFI,<br><br>Plaintiff,<br><br>v.<br><br>SIDNEY KNIGHT, et al,<br><br>Defendants. | 1:07-cv-00271-BLW-MHW<br><br>**ORDER ON DEFENDANTS' REQUEST TO MODIFY THE SCHEDULING ORDER TO EXTEND THE TIME TO FILE A DISPOSITIVE MOTION** |

The Court, having considered Defendants' request to modify the Scheduling Order (Docket No. 37) to grant an extension of time to file a motion for summary judgment, and good cause having been found:

**IT IS HEREBY ORDERED**: the dispositive motion deadline set forth in the Court's September 30, 2008 Scheduling Order is extended for sixty days. Defendants' motion for summary judgment must be filed on or before August 3, 2009.


DATED: May 28, 2009

Honorable Mikel H. Williams
United States Magistrate Judge