IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SHANE SAFFI, | ) |
| | ) Case No. 1:07-CV-271-BLW-MHW |
| Plaintiff, | ) |
| | ) **ORDER ADOPTING** |
| v. | ) **REPORT AND** |
| | ) **RECOMMENDATION** |
| SIDNEY KNIGHT, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

The Court has before it a Report and Recommendation filed by the United States Magistrate Judge. (Docket No. 42.) The time period for filing objections to the Report has passed without either party filing an objection.

Having reviewed the Report and Recommendation and having independently reviewed the record in this case, the Court finds that the Report and Recommendation reflects an appropriate application of the law to the facts of this case. Specifically, the Court agrees that Plaintiff's claims against the Defendants named in this lawsuit are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). *See also Edwards v. Balisok*, 520 U.S. 641, 646 (1997) (applying *Heck* to bar claims that necessarily imply the invalidity of a prison disciplinary conviction resulting in

**ORDER ADOPTING REPORT AND RECOMMENDATION - 1**

the loss of good time credits).

Therefore, the Court adopts the Report and Recommendation in full. Defendants' Motion for Summary Judgment is granted, and this case shall be dismissed.



DATED:  **March 15, 2010**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**ORDER**

NOW THEREFORE IT IS HEREBY ORDERED that the Report and Recommendation (Docket No. 42) is ADOPTED in full.

IT IS FURTHER HEREBY ORDERED that Defendants' Motion for Summary Judgment (Docket No. 39) is GRANTED.