IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SHANE SAFFI, ) | |
| ) | Case No. 1:07-CV-271-BLW-MHW |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| SIDNEY KNIGHT, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Based on the Court's Order Adopting Report and Recommendation, filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action is DISMISSED without prejudice.

DATED: **March 15, 2010**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT - 1**